ALTERMAN TRANSPORT LINES, INC., ET AL. *v.*
PUBLIC SERVICE COMMISSION OF
TENNESSEE ET AL.

No. 942.  Decided March 13, 1967.

*J. G. Lackey, Jr.,* for appellants.

*George F. McCanless,* Attorney General of Tennessee, *Milton P. Rice,* Assistant Attorney General, and *Seymour Samuels, Jr.,* for appellees.

PER CURIAM.

The judgment is affirmed.

MR. JUSTICE STEWART is of the opinion that probable jurisdiction should be noted.

HOLLIS *v.* CALIFORNIA.

No. 46, Misc.  Decided March 13, 1967.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is vacated and the case remanded for further consideration in light of *Chapman* v. *California, ante,* p. 18.

MR. JUSTICE STEWART would grant certiorari and reverse the judgment for the reasons stated in his opinion concurring in the result in *Chapman* v. *California, ante,* at 42.